UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANNY JOE BARBER, III,

              Plaintiff,

    v.

KITSAP COUNTY, et al.,

              Defendants.

Case No. C26-5155-LK-SKV

ORDER

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1)     The Court ADOPTS the Report and Recommendation.

(2)     The Clerk is directed to close this case and to dismiss it without prejudice if Plaintiff fails to pay the filing fee within 30 days of this order.

(3)     The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

Dated this 17th day of May_____, 2026.

_____
LAUREN KING
United States District Judge

ORDER - 1