UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANNY JOE BARBER, III,

Plaintiff,

v.

KITSAP COUNTY et al.,

Defendants.

CASE NO. 3:26-cv-05155-LK-SKV

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Lauren King, United States District Judge:

(1) The Court previously adopted Magistrate Judge Vaughan's report and recommendation to close this case if Plaintiff Danny Barber did not pay the filing fee within 30 days. Dkt. No. 6. Mr. Barber requested a 60-day extension to pay the filing fee, Dkt. No. 7, which the Court granted, Dkt. No. 8. Mr. Barber has now filed a second motion for extension of time to pay the filing fee, but does not explain why additional time is needed. Dkt. No. 9. Accordingly, the Court denies the motion for failure to show good cause. The Clerk is directed to close this case and dismiss it without prejudice.

MINUTE ORDER - 1

(2)  The Clerk is directed to forward a copy of this Order to Mr. Barber.

Dated this 17th day of July, 2026.

Joshua C. Lewis
Clerk

*/s/Natalie Wood*
Deputy Clerk

MINUTE ORDER - 2